**Order entered July 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01028-CR

**ADOLPH JUNIOR MENJIVAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-57185-U**

## ORDER

The State's July 1, 2015 second motion for extension of time to file the State's brief is

**GRANTED**. The State's brief received by the Clerk of the Court on July 1, 2015 is **DEEMED**

timely filed on the date of this order.

/s/    LANA MYERS
JUSTICE